Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Esmeralda Chavez |
| **Docket Number:** | 1:02CR05288-005 OWW |
| **Offender Address:** | 5727 E. Beck Ave, #204<br>Fresno, CA  93727 |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Court Judge<br>Fresno, California |
| **Original Sentence Date:** | 4/25/2005 |
| **Original Offense:** | Conspiracy to Distribute 5 Grams or More of Methamphetamine [21 USC 846 & 841(a)(1)]<br>(CLASS B FELONY) |
| **Original Sentence:** | 39 months prison, 4 years TSR, $100 special assessment |
| **Special Conditions:** | Search, substance abuse counseling & testing, no cell phone/pager, aftercare co-pay |
| **Type of Supervision:** | Supervised Release (TSR) |
| **Supervision Commenced:** | 7/15/2005 |
| **Other Court Action:** | None |

**RE:   CHAVEZ, Esmeralda
      Docket Number:  1:02CR05288-005 OWW
      PETITION TO MODIFY THE CONDITIONS OR TERM
      OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

As directed by the probation officer, the defendant shall participate in a program of mental health treatment, which may include the taking of prescribed psychotropic medication.

**Justification:**   The defendant has a history of anxiety, depression, unresolved molest issues (generational) and suffers from attention deficit disorder.  She has also attempted suicide in the past.  Per her current substance abuse counselor, the defendant is in greater need of mental health related counseling.  The defendant is in agreement with the modification of her conditions of supervision to include her participation in mental health counseling.

**RE:**   **CHAVEZ, Esmeralda**
  **Docket Number:  1:02CR05288-005 OWW**
  **PETITION TO MODIFY THE CONDITIONS OR TERM**
  **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Respectfully submitted,

/s/ Melinda S. Peyret

**Melinda S. Peyret**
**United States Probation Officer**
Telephone:  (559) 498-7569

**DATED:**   12/22/05
  Fresno, California
  mp


**REVIEWED BY:**   /s/ Scott Waters for:
  **BRUCE A. VASQUEZ**
  **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

| January 3, 2006 | /s/ OLIVER W. WANGER |
|---|---|
| **Date** | **Signature of Judicial Officer** |

cc:   United States Probation
  Defendant
  Court File

Rev. 04/2005
PROB12B.MRG