UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Robert E. Coyle
Senior United States District Judge
Fresno, California

                                RE:    Esmeralda CHAVEZ
                                       Docket Number:  1:02CR05288-05 REC
                                       PERMISSION TO TRAVEL
                                       <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The releasee is requesting permission to travel to Nicolas Romeyo #105, Uruapan, Michoacan, Mexico.  She is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On April 25, 2005, the releasee was sentenced for the offense(s) of Conspiracy to Distribute 5 Grams or More of Methamphetamine.

**Sentence imposed:**  39 months prison, 4 years supervised release

**Dates and Mode of Travel:**  Travel for 5 days, dates to be determined by supervising probation officer.

**Purpose:**  Brother recently died unexpectedly.  Releasee requests permission to travel to attend funeral services and lend family emotional support.

1

Rev. 03/2005
TRAVELOC.MRG

**RE:**   **CHAVEZ, Esmeralda**
   **Docket Number:   1:02CR05288-05 REC**
   **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/ Melinda S. Peyret

**Melinda S. Peyret**
**United States Probation Officer**

**DATED:**   2/27/2006
   Fresno, California
   mp

**REVIEWED BY:**       /s/ Bruce Vasquez
   **BRUCE A. VASQUEZ**
   **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved     X                             Disapproved _____

IT IS SO ORDERED.

**Dated:   February 28, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                            UNITED STATES DISTRICT JUDGE