PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**  )<br>                                             )<br>              vs.                        )     Docket Number:     1:02CR05288-005<br>                                             )     REC/OWW<br>**Esmeralda Chavez**          )<br>                                             ) | |

On 4/25/2005, the above-named was placed on supervised release for a period of 4 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Melinda S. Peyret

**Melinda S. Peyret
Senior United States Probation Officer**

Dated:      3/12/2008
                Fresno, California
                mp

**REVIEWED BY:**      /s/ Bruce A. Vasquez
                                **BRUCE A. VASQUEZ
                                Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:     CHAVEZ, Exmeralda**
**        Docket Number:   1:02CR05288-005 REC/OWW**
**        ORDER TERMINATING SUPERVISED RELEASE**
**        <u>PRIOR TO EXPIRATION DATE</u>**

---

## ORDER OF COURT

It is ordered that the releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   <u>March 27, 2008</u>**              <u>        /s/ Oliver W. Wanger        </u>
                                                UNITED STATES DISTRICT JUDGE